.IN RE: CIVIL APPEAL NO. 333 FROM THE CIVIL COURT OF RECORD IN AND FOR DADE COUNTY, FLORIDA, TO THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA, IN AND FOR DADE COUNTY. (Powell v. Brunsman.)

190 So. 617
Division A
Order Entered July 21, 1939

*Marion Brooks,* for Plaintiff in Error;

*Wm. Jennings Dunn* and *Harold M. Wilson,* for Defendant in Error.

PER CURIAM.—L. L. Powell & Sons have filed a petition here seeking an order cancelling and setting aside a purported writ of error attempting to bring for review by the Circuit Court of Dade County a judgment of the Civil Court of Record of Dade County.

This Court is without jurisdiction in the premises.

Petitioner's remedy is special appearance and motion to quash the writ in the Circuit Court.

Petition denied.

TERRELL, C. J., and BUFORD nad THOMAS, J. J., concur.

CHAPMAN, J., concurs in opinion and judgment.

Justices BROWN and WHITFIELD not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.